# United States Bankruptcy Court

In re <u>Durabla Manufacturing Company</u> ,  Case No. <u>09-14415 (MFW)</u>

Debtor

Chapter <u>11</u>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $ 0.00 | | |
| B - Personal Property | | 3 | $2,053,227.88 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 4 | | $ 8,753.38 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 39 | | $ 4,535.37 | |
| G - Executory Contracts and Unexpired Leases | | 1 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | | 0 | | | $ 0.00 |
| TOTAL | | 51 | $ 2,053,227.88 | $ 13,288.75 | |

# United States Bankruptcy Court

In re _Durabla Manufacturing Company_ ,
Debtor

Case No. _09-14415 (MFW)_

Chapter _11_

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 1,442.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 1,442.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 8,753.38 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 4,535.37 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 13,288.75 |

In re __Durabla Manufacturing Company_____,   Case No. __09-14415 (MFW)_____
          **Debtor**                                                             (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total▶ | 0.00 | |

(Report also on Summary of Schedules.)

In re  Durabla Manufacturing Company _____,          Case No.  09-14415 (MFW) _____
         **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Petty Cash - In possession of D. Lowden | | 200.00 |
| 2.  Checking, savings or other finan-cial accounts. certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Wilmington Trust, 5107 Concord Pike, Wilmington, DE 19803;  Business Checking Account;  Business Money Market Account | | 100,793.99 |
| | | Attorney Escrow Account held by Clemente Mueller, P.A. | | 146,627.89 |
| 3.  Security deposits with public util-ities, telephone companies, land-lords, and others. | | BPG Office III LLC Box 510829, Phiadelphia, PA  19175-0829 | | 385.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6.  Wearing apparel. | x | | | |
| 7.  Furs and jewelry. | x | | | |
| 8.  Firearms and sports, photo-graphic, and other hobby equipment. | x | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | PA Property & Casualty Insurance Guatanty Assoc. / Paxton Nat. Insurance; Home Insurance | | 1,574,660.00 |
| 10.  Annuities.  Itemize and name each issuer. | x | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | x | | | |

In re  Durabla Manufacturing Company                ,          Case No.  09-14415 (MFW)
            Debtor                                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers excreisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | Durabla Manufacturing Company Irrevocable Trust (settlement from bankrupt insurer) Phoenixville Federal Bank & Trust, Trustee | | 230,176.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential claims against former affiliates; total value is unknown. | | Unknown |

In re  Durabla Manufacturing Company                    ,        Case No.  09-14415 (MFW)
                    Debtor                                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 4 chairs, 2 desks, 1 filing cabinet, 1 telephone,1 fax machine, 1 Pro Pentium PC, 1 Savin 9022 Copier, 1 HP Printer | | 385.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_0_ continuation sheets attached    Total➤   $   2,053,227.88

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  Durabla Manufacturing Company                    ,          Case No.  09-14415 (MFW)
         **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |

In re <u>Durabla Manufacturing Company</u>,
Debtor

Case No. <u>09-14415 (MFW)</u>
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ___ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  Durabla Manufacturing Company ,               Case No._09-14415 (MFW)____
           **Debtor**                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re  Durabla Manufacturing Company                ,     Case No.  09-14415 (MFW)
                    Debtor                                              (if known)


☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_2_  continuation sheets attached

In re  Durabla Manufacturing Company_____,          Case No. 09-14415 (MFW)_____
          **Debtor**                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Berkheimer <br> P O Box 906 <br> Bangor, PA 18013 | | | 10/1/09 - 12/15/09 local tax withheld on employee' salaries | | x | | 220.00 | 220.00 | |
| Account No.  xxxx9007 <br><br> Capital Bank & Trust Co. <br> P o Box 2280 <br> Norfolk, VA 23501-9869 | | | 12/7 - 12/15/09 S.E.P. Retirement benefit on salaries | | x | | 262.45 | 262.45 | |
| Account No. <br><br> David K. Walter <br> 937 Thorne Drive <br> West Chester, PA 19382 | | | 12/7 - 12/15/09 Salary 12/14/09 Business Expenses | | x | | 320.48 | 320.48 | |
| Account No. <br><br> David W. Moser <br> 1230 Timber Ridge Lane <br> Chester Springs, PA 19425 | | | 12/7 - 12/15/09 Salary | | | | 1,146.92 | 1,146.92 | |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶ (Totals of this page) | $ 1,949.85 | $ 1,949.85 | |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

In re  Durabla Manufacturing Company          ,          Case No.  09-14415 (MFW)
                    Debtor                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Diane F. Lowden 302 Wm. Salesbury Drive Downington, PA 19335 | | | 4/7-12/15/09 Unused Vacation 4/7-12/15/09 Sick pay 12/7 - 12/15 Salary | | x | | 5,361.53 | 5,361.53 | |
| Account No.  xxxxx9230  Internal Revenue Service Atlanta, GA 39901-0002 | | | 12/7 - 12/15/09 withholding and fica taxes on employees' salaries | | x | | 1,306.00 | 1,306.00 | |
| Account No.  Penna. Dept. of Revenue Bureau of Business Trust Fund Taxes P O Box 280904 Harrisburg, PA 17128-0904 | | | 12/7 - 12/15/09 withholding taxes on employees' salaries | | x | | 136.00 | 136.00 | |
| Account No. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)

$ 6,803.53   $ 6,803.53

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 8,753.38

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$          $
  8,753.38

In re <u>Durabla Manufacturing Company</u>,
          **Debtor**

Case No. <u>09-14415 (MFW)</u>
          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | Unknown |
| Anapol, Schwartz 1040 Kings Hwy N Cherry Hill, NJ 08034 | | | | X | X | X | |
| ACCOUNT NO. | | | Unknown | | | | Unknown |
| Anapol, Schwartz 1710 Spruce Street Philadelphia, PA 19103 | | | | X | X | X | |
| ACCOUNT NO. | | | Unknown | | | | Unknown |
| Angel M. Reyes, Esquire Reyes, O'Shea & Coloca, P.A. 283 Catalonia Avenue, Suite 100 Coral Gables, FL 33134 | | | | X | X | X | |
| ACCOUNT NO. | | | Unknown | | | | Unknown |
| Ashcraft & Gerel, LLP 10 E. Baltimore St., Suite 1212 Baltimore, MD 21202 | | | | X | X | X | |
| | | | | | | Subtotal▶ | $ Unknown |
| | | | | | | Total▶ | $ |

<u> 38 </u> continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                    ,          Case No.  09-14415 (MFW)
                        **Debtor**                                                    **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Baron & Budd <br> 9465 Wilshire Boulevard <br> Beverly Hills, CA 90212-2603 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Baron & Budd <br> 3102 Oak Lawn Avenue <br> Dallas, TX 75219 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Barry Epstein <br> The Epstein Law Firm <br> 340 West Passaic Street <br> Rochelle Park, NJ 07662 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Barton & Williams <br> 3007 Magnolia Street <br> Pascagoula, MS 39567 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Beasley Allen <br> 218 Commerce Street <br> Montgomery, AL 36104 | | | Unknown | x | x | x | Unknown |

Sheet no. __1__ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ Unknown

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                    ,     Case No.  09-14415 (MFW)
                    Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Belluck & Fox, LLP 546 Fifth Ave, 4th Floor New York, NY 10036 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Bergman Draper & Frockt, PLLC 614 First Avenue, Third Floor Seattle, WA 98104 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Bevan & Associates LPA, Inc. 6555 Dean Memorial Pkwy Boston Heights, Ohio 44236 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Bodie Nagle 21 W. Susquehanna Avenue Towson, Maryland 21204-5279 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Brayton & Purcell 222 Rush Landing Novato, CA 94945 | | | | x | x | x | Unknown |

Sheet no. __2__ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ Unknown

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                    ,     Case No.  09-14415 (MFW)
                        Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Brayton & Purcell <br> 222 Rush Landing <br> Novato, CA 94945 | | | James Settlement | | | | 1,000.00 |
| ACCOUNT NO. <br><br> Brayton & Purcell <br> 222 Rush Landing <br> Novato, CA 94945 | | | Wyrick Settlement | | | | 1,000.00 |
| ACCOUNT NO. <br><br> Brayton & Purcell LLP <br> 215 South St. Str., Suite 900 <br> Salt Lake City, UT 84111 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Brayton Purcell LLP <br> 111 SW Columbia, Suite 250 <br> Portland, OR 97201 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Brent Coon & Associates <br> 44 Montgomery Street, Suite 800 <br> San Francisco, CA  94104 | | | Unknown | x | x | x | Unknown |

Sheet no. __3__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ 2,000.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Durabla Manufacturing Company</u>,                 Case No. <u>09-14415 (MFW)</u>
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Brent Coon & Assoc. <br> 215 Orleans St. <br> Beaumont, TX 7770 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Brent Coon & Assoc. <br> 215 Orleans St. <br> Beaumont, TX 7770 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Brent Coon & Assoc. <br> 1500 JFK Blvd. Suite #1301 <br> Two Penn Center <br> Philadelphia, PA 19102 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Brent Coon & Associates <br> 5949 Sherry Lane, Suite 1550 <br> Dallas, TX 75225 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Brent Coon & Associates <br> 17405 Perkins Road <br> Baton Rouge, LA 70810 | | | Unknown | x | x | x | Unknown |

Sheet no. <u>4</u> of <u>   </u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ Unknown

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                    ,          Case No.  09-14415 (MFW)
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. <br><br> Brent Coon & Associates <br>1220 West Sixth Street, Suite 303 <br>Cleveland, OH 44113 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Brent Coon & Associates <br>6360 I-55 North, Suite 340 <br>Jackson, MI 39211 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Brookman, Rosenberg, Brown & Sandler <br>30 South Fifteenth Street <br>Philadelphia, PA 19102 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Byrd & Associates <br>427 East Fortification Street <br>Jackson, MS 39202 | | | Unknown | X | X | X | Unknown |

Sheet no.  5  of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ Unknown

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Durabla Manufacturing Company                    ,          Case No.  09-14415 (MFW)
                              Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Carlile Law Firm 400 South Alamo Blvd. Marshall, TX. 75670 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Caroselli Beachler McTiernan & Conboy  LLC 20 Stanwix Street, Seventh Floor Pittsburgh, PA 15222-1916 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Clapper, Patti, Schweizer & Mason 2330 Marinship Way, Suite 140 Sausalito, CA  94965 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Clifford W. Cuniff, Esquire 238 G Westwood Rd. Annapolis, MD 21401 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A. 55 Public Square,  Suite 1950 Cleveland, OH  44113 | | | | x | x | x | Unknown |

Sheet no.  6  of _____  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►  $  Unknown

Total ►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Durabla Manufacturing Company                    ,          Case No.   09-14415 (MFW)
                          Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cohen, Placitella & Roth PC <br> 127 Maple Avenue <br> Red Bank, NJ 07701 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Cohen, Placitella & Roth PC <br> Two Commerce Square, Suite 2900 2001 Market St., Philadelphia, PA 19103 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Conway and Martin <br> 1600 24th Avenue - Suite B <br> Gulfport, Mississippi 39502 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Cooney & Conway <br> 120 North La Salle Street <br> Chicago, IL 60602-2492 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Cooper & Tuerk LLP <br> 201 N Charles St <br> Baltimore, MD, 21201-4102 | | | Unknown | x | x | x | Unknown |

Sheet no. __7__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $ Unknown

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company         ,        Case No.  09-14415 (MFW)
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Cote, Limpert & Van Dyke, LLP 214 N State Street, Syracuse, NY 13203 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.  David C. Thompson Attorney at Law, P.C. 321 Kittson Avenue P.O. Box 5235 Grand Forks, ND 58206-5235 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.  Davis & Feder, P.A. 1712 15th Street Gulfport, MS 39501 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.  Deaton Law Firm 1 Richmond Square, Suite 163W Providence, RI 02906 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.  Donald Stewart 1826 3rd Avenue N Bessemer, AL 35020 | | | Unknown | x | x | x | Unknown |

Sheet no. 8 of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ Unknown

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                    ,          Case No.   09-14415 (MFW)
_____              _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dulin & Dulin <br> P. O. Box 820 <br> 903 28th St. <br> Gulfport, MS 39501 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Early Ludwick Sweeney & Strauss <br> 360 Lexington Ave., 20th Floor <br> New York, NY 10017 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Edward O. Moody, P.A. <br> 801 West Fourth Street <br> Little Rock, AR 72201 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Edward V. Reeves <br> P.O. Box 338 <br> Langhorne, PA 19047-0338 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> F. Gerald Maples, P.A. <br> Canal Place <br> 365 Canal Street, Suite 2650 <br> New Orleans , LA 70130 | | | Unknown | X | X | X | Unknown |

Sheet no.___9___ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ Unknown

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                          ,          Case No.   09-14415 (MFW)
_____                                   _____
              Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Farisse Law Firm 1438 Market Street San Francisco, CA 94102 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Ferraro Law Firm 4000 Ponce De Leon Boulevard Coral Gables, FL 33146-1434 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Foster Law Group 1019 Legion Lane Ocean Springs, MS 39564 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Frederick J. Jekel, Esq. 28 Bridgeside Boulevard Mt. Pleasant, SC 29465 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Gelman Law Office 1450 Valley Road, Suite 2 Wayne, NJ 07474-0934 | | | | x | x | x | Unknown |

Sheet no. __10__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ Unknown

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company         ,     Case No.  09-14415 (MFW)
_____          _____
          **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> George & Sipes, LLP <br> 151 North Delaware Street <br> Suite 1700 <br> Indianapolis, IN 46204 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Goldberg Persky White P.C. <br> 1030 Fifth Avenue <br> Pittsburgh, PA 15219-6295 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Goldenberg Heller Antognoli & RowlandPC <br> 2227 S. State Route 157 <br> P.O. Box 959 <br> Edwardsville, Illinois 62025 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Goldenberg Heller Antognoli & RowlandPC <br> 701 Market, Ste. 1375 <br> Gateway One Bldg. <br> St. Louis, Missouri 63101 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Goodman, Meagher & Enoch, LLP <br> 111 North Charles Street, 7th Flr. <br> Baltimore, Maryland 21201 | | | Unknown | x | x | x | Unknown |

Sheet no. __11__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ Unknown

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Durabla Manufacturing Company           ,        Case No.   09-14415 (MFW)
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Gori Julian & Associates, P.C. 156 North Main Street Edwardsville, IL 62025 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Gori, Julian & Associates, P.C. 5770 Mexico Road, St. Peters, Missouri 63376 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Greitzer & Locks 747 Third Avenue 37th Floor New York, New York 10017 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Hamburg, Rubin, Mullin, Maxwell & Lupin ACTS Center-Blue Bell 375 Morris Road P.O. Box 1479 Lansdale, PA 19446-0773 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Harowitz & Tigerman 450 Sansome Street San Francisco, CA 94111-3306 | | | | x | x | x | Unknown |

Sheet no. 12 of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ Unknown

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                    ,          Case No.  09-14415 (MFW)
                          **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Hartley & O'Brien, PPLC 2001 Main Street, Suite 600 Wheeling, WV 26003 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. Hissey, Kientz & Herron One Arboretum Plaza 9442 North Capital of Texas Hwy, Ste. 400 Austin, TX 78759-7262 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. Hissey, Kientz & Herron, PLLC 16800 Imperial Valley Drive Suite 130 Houston, TX 77060 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. Horowitz & Tigerman 450 Sansome Street, 3rd Floor San Francisco, CA 94111 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. Howard, Brenner & Nass PC 1608 Walnut Street, Suite 700 Philadelphia, Pennsylvania 19103 | | | Unknown | x | x | x | Unknown |

Sheet no. 13 of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ Unknown

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                ,        Case No.  09-14415 (MFW)
                          Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Jacobs & Crumplar, P.A. 2 East 7th Street P.O. Box 1271 Wilmington, Delaware 19899 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| James F. Early LLC 360 Lexington Ave., 20th Floor New York, NY 10017 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| James Humphreys & Assoc. United Center, Suite 800 500 Virginia Street East Charleston, WV 25301 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Jaques Admiralty Law Firm 645 Griswold Street Detroit, Michigan 48226-4192 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Jeanette T. Boechler, Esquire Attorney at Law 1120 28th Avenue North, Suite A P.O. Box 1932 Fargo, ND 58107 | | | | X | X | X | Unknown |

Sheet no.  14  of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ Unknown

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                ,        Case No.  09-14415 (MFW)
                        Debtor                                          (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jeffery A. Varas Law Office<br>119 Caldwell Drive<br>Hazlehurst, MS  39083 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Jessica Dean, Esquire<br>Simon, Eddins & Greenstone, LLP<br>3232 McKinney Avenue, Suite 610<br>Dallas, TX  75204 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>John A. Sivinski, Esquire<br>Sivinski, Smith & Herbert, LLC<br>One Independence Place, Suite 260<br>4807 Rockside Road<br>Independence, OH 44131 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>John Arthur Eaves, Esquire<br>101 N State St.<br>Jackson, MS 39201 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>John D. Kassel<br>Attorney at Law LLC<br>1330 Laurel Street<br>Columbia, South Carolina  29201 | | | Unknown | x | x | x | Unknown |

Sheet no. __15__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $  Unknown

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company          ,          Case No.  09-14415 (MFW)
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Joseph Bartkus, Esquire Law Office of James Hession 202 North Saginaw Street Saint Charles, MI 48655 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Kazan, McClain, Lyons, Greenwood & Harley 171 Twelfth Street, 3rd Floor Oakland CA 94607 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Keefe Bartels & Clark 170 Monmouth Street Red Bank, NJ 07701 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Keefe Bartels & Clark LLC 25 South Main Street PO Box 6386 Edison, NJ 08837 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Keller, Fishback & Jackson, LLP 18425 Burbank Blvd., Suite 610 Tarzana, CA 91356 | | | | x | x | x | Unknown |

Sheet no. 16 of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ Unknown

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                ,        Case No.  09-14415 (MFW)
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Thomas M. Wilson, Esq. Kelley & Ferraro LLP 2200 Key Tower 127 Public Square Cleveland, Ohio 44114 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Kenneth Bernas 1299 Union Rd., Suite 4 West Seneca, NY 14224 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Kiesel, Boucher & Larson LLP 8648 Wilshire Boulevard Beverly Hills, CA 90211-291 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, PA 700 Southeast Third Avenue Courthouse Law Plaza, Suite 100 Ft. Lauderdale, FL 33316 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Kuritzky & Blair, P.C. 1501 Broadway New York, NY 10036-5600 | | | | X | X | X | Unknown |

Sheet no. __17__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $ Unknown

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Durabla Manufacturing Company</u>                ,          Case No.  <u>09-14415 (MFW)</u>
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Law Office of Herbert Fischman, P.C. <br> 230 Park Avenue, 34 Floor <br> New York, NY 10169 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Law Office of Peter T. Nicholl <br> 36 South Charles Street <br> Baltimore, MD 21201-3101 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Law Offices of John C. Dearie <br> 515 Madison Avenue, Suite 1118 <br> New York, NY 10022 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Law Offices of Michael R. Bilbrey <br> 8724 Pin Oak Road <br> Edwardsville, IL 62025 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Law Offices of Pamela Lynn Colon, LLC <br> 27 & 28 King Cross St <br> Phoenix Court, First Floor <br> Christiansted, VI 00820 | | | Unknown | X | X | X | Unknown |

Sheet no. <u>18</u> of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ Unknown

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    Durabla Manufacturing Company          ,          Case No.    09-14415 (MFW)
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Law Offices of Peter G. Angelos, PC One Charles Center 100 N. Charles St. Baltimore, MD 21201-3804 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Law Offices of Peter T. Enslein PC 1738 Wisconsin Avenue, N.W. Washington, DC 20007 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Law Offices of Shepard A. Hoffman 9400 N. Central Expy, STE. 608 Dallas, TX 75231 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| LeBlanc & Waddell 5353 Essen Lane Baton Rouge, LA 70809 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Levin Simes Kaiser & Gornick, LLP 44 Montgomery Street, 36th floor San Francisco, CA 94104 | | | | x | x | x | Unknown |

Sheet no. __19__ of ____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $ Unknown

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re    Durabla Manufacturing Company                    ,          Case No.    09-14415 (MFW)
                                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. <br> 316 South Baylen Street <br> Suite 600 <br> Pensacola, FL 32501 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Levinson, Axelrod P.A. <br> Levinson Plaza <br> 2 Lincoln Highway <br> Edison, NJ 08818-2905 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Levy, Phillips & Konigsberg LLP <br> 800 Third Ave. 13th Floor <br> New York, NY 10022 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Lipsitz, Green Scine Cambria <br> 135 Delaware Avenue <br> Buffalo, NY 14202 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Locks Law Firm <br> 457 Haddonfield Road, Suite 500 <br> Cherry Hill, NJ 08002 | | | Unknown | X | X | X | Unknown |

Sheet no.  20  of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ Unknown

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Durabla Manufacturing Company                    ,          Case No.   09-14415 (MFW)
                        Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Locks Law Firm<br>The Curtis Center<br>601 Walnut Street<br>Suite 720 East<br>Philadelphia, PA 19106 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Longos Law Firm PC<br>22 Glen Ed Professional Park<br>Glen Carbon, IL 62034 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Louis H. Waston, Jr., P.A.<br>520 East Capitol Street<br>Jackson, MS  39201 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Luckey & Mullins, PLLC<br>2016 Bienville Blvd<br>P.O. Box 990<br>Ocean Springs, MS 39564 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Lundy, Lundy, Soileau & South<br>501 Broad Street<br>Lake Charles, LA 70601 | | | Unknown | X | X | X | Unknown |

Sheet no.  21  of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $ Unknown

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re Durabla Manufacturing Company _____,     Case No. 09-14415 (MFW)
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Lynch Martin Kroll The Galleria. 2 Bridge Avenue, Bldg. 6, 3rd Floor Red Bank, NJ 07701 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Martin Berks Environmental 2232 Cahaba Valley Drive Birmingham, Alabama 35242 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Mary Brigid Sweeney Company L. L.C. 2639 Wooster Road Rocky River, OH 44116 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Mary Olsen, Esq. 1119 Government Street Mobile, AL 36652 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Masters and Sivinski LLC 4807 Rockside Road, Suite 260 Cleveland, Ohio 44131 | | | | x | x | x | Unknown |

Sheet no. 22 of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ Unknown

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                ,        Case No.   09-14415 (MFW)
              Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Mazur & Kittel, PLLC 30665 Northwestern Highway, Suite 175 Farmington Hills, MI 48334 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| McKenna & Chiodo PC 3045 Pennsylvania Ave Weirton, WV 26062 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Michael E. Jackson, Esquire Scharzwald & McNair 616 Penton Media Bldg. 1300 East Ninth Street Cleveland, OH 44114 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Michael G. Dehaven, Esquire 21 West Susquehanna Ave. Towson, MD 21204 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Michael P. Cascino, Esquire Cascino Vaughan Law Office 220 S. Ashland Avenue Chicago, IL 60607 | | | | X | X | X | Unknown |

Sheet no. __23__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $ Unknown

Total▷  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Durabla Manufacturing Company                    ,          Case No.  09-14415 (MFW)
                        Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Michael R. Bilbrey, P.C. 8724 Pin Oak Road Edwardsville, IL 62025 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Miles & Stockbridge PC 10 Light St. Baltimore, MD 21202-1402 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Mitchell S. Cohen Locks Law Firm The Curtis Center 601 Walnut Street, Suite 720 East Philadelphia, Pennsylvania 19106 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Morris, Sakalarios & Blackwell, PLLC 1817 Hardy Street Hattiesburg, MS 39401 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Motley Rice 28 Bridgeside Blvd. Mt. Pleasant, SC 29464 | | | | x | x | x | Unknown |

Sheet no. 24 of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ Unknown

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Durabla Manufacturing Company                    ,          Case No.   09-14415 (MFW)
         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Motley Rice 321 So. Main Street, Suite 402 P.O. Box 6067 Providence, RI 02903 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Nix Patterson & Roach, LLP 205 Linda Drive Daingerfield, TX 75638 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Obermayer Rebmann Maxwell & Hippel LLP One Penn Center, 19th Floor 1617 John F. Kennedy Boulevard Philadelphia, PA 19103-1895 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Odom Law Firm 1 E Mountain St Fayetteville, AR 72701 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Olsen Law Partners, LLP 2518 Edgewater Dr. Orlando, FL 32804-4406 | | | | x | x | x | Unknown |

Sheet no. __25__ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ Unknown

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                ,          Case No.  09-14415 (MFW)
_____                          _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| O'Shea and Reyes, LLC 1601 N. Flamingo Road Suite 4 Pembroke Pines, Florida 33028 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Parker, Dumler & Kiely LLP 36 South Charles Street Baltimore, MD 21201-3106 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Paul & Hanley LLP 1608 Fourth Street, Suite 300 Berkeley, CA 94710 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Paul C. Garner, Esq. 319 Broadway New York, New York 10007-1187 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Paul, Reich & Myers, P.C. 1608 Walnut Street, Suite 500 Philadelphia, Pennsylvania 19103 | | | | x | x | x | Unknown |

Sheet no. __26__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ Unknown

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                    ,          Case No.  09-14415 (MFW)
                        Debtor                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Paul, Reich & Myers, P.C. 1608 Walnut Street, Suite 500 Philadelphia, Pennsylvania 19103 | | | Ceasarano Settlement | | | | 2,500.00 |
| ACCOUNT NO. Penn & Rakauski 927 Main St. Racine, Wisconsin 53403-1524 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. Perberger Law Associates PC 401 E City Ave Ste 200 Bala Cynwyd, PA 19004 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. Pitkow Law Office The Falls at Lambertville 351 South Main Street Lambertville, NJ 08530 | | | Unknown | X | X | X | Unknown |
| ACCOUNT NO. Porter & Malouf 825 Ridgewood Road Ridgeland, MS 39157-4419 | | | Unknown | X | X | X | Unknown |

Sheet no. __27__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  2,500.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Durabla Manufacturing Company                     ,          Case No.   09-14415 (MFW)
                        **Debtor**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                      |  |  | Unknown |  |  |  |  |
| Price Waicukauski & Riley, LLC The Hammond Block Building 301 Massachusetts Avenue Indianapolis, IN 46204 |  |  |  | x | x | x | Unknown |
| ACCOUNT NO.                                                      |  |  | Unknown |  |  |  |  |
| Prim Law Firm PLLC 30 Chase Drive Hurricane, WV 25526 |  |  |  | x | x | x | Unknown |
| ACCOUNT NO.                                                      |  |  | Unknown |  |  |  |  |
| Provost Umphrey LLP 490 Park Street P.O. Box 4905 Beaumont, TX 77704 |  |  |  | x | x | x | Unknown |
| ACCOUNT NO.                                                      |  |  | Unknown |  |  |  |  |
| Reardon Law Firm 160 Hempstead Street P.O. Drawer 1430 New London CT 06320 |  |  |  | x | x | x | Unknown |
| ACCOUNT NO.                                                      |  |  | Unknown |  |  |  |  |
| Robert M. Cheverie Assoc. 333 East River Drive East Hartford, CT 06108 |  |  |  | x | x | x | Unknown |

Sheet no.  28  of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ Unknown

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                ,        Case No.  09-14415 (MFW)
                    **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert P. Sweeney, Esquire<br>Robert E. Sweeney Co., LPA<br>1500 Illuminating Building<br>55 Public Square<br>Cleveland, OH 44113 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Robert Sidloski CO LPA<br>25047 Lorain Road,<br>North Olmsted, OH 44070 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Russell Smith, Esquire<br>159 South Main Street<br>Akron, OH 44308 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Sales, Tillman, Wallbaum, Catlett & Satterley<br>1900 Waterfront Plaza<br>325 West Main Street<br>Louisville, Kentucky 40202 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Sanders, Sanders, Block & Woycik<br>100 Herricks Road<br>Mineola, NY 11501 | | | Unknown | x | x | x | Unknown |

Sheet no.  29  of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ Unknown

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Durabla Manufacturing Company                    ,        Case No.   09-14415 (MFW)
                        Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Sandra Lambert PA 370 Camino Gardens Blvd., Suite 114 Boca Raton, FL 33432 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. Savinis, D'Amico, & Kane, L.L.C. 707 Grant Street, Suite 3626 Gulf Tower Pittsburgh, PA 15219 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. Seeger Weiss, LLP One William Street New York, NY 10004 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. Seeger Weiss, LLP 550 Broad Street, Suite 920 Newark, NJ 07102 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. Segal Law Firm 810 Kanawha Boulevard East Charleston, WV 25301-2807 | | | Unknown | x | x | x | Unknown |

Sheet no. 30 of ____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ Unknown

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Durabla Manufacturing Company__ ,
              **Debtor**

Case No. __09-14415 (MFW)__
           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shein Law Center, Ltd. <br> 121 South Broad St., 21st floor <br> Philadelphia, Pennsylvania 19107 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Shepard Law Firm <br> 10 High Street <br> Boston, MA 02110 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Shivers, Spielberg, Gosnay & Greatrex LLC <br> 1415 State Highway No. 70E, <br> Cherry Hill Twp, NJ 08034 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Shrader & Associates <br> 3900 Essex Lane, Suite 390 <br> Houston, TX 77027 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. <br><br> Sieben Polk Law Offices <br> 1640 S. Frontage Rd., Ste. 200 <br> Hastings, MN 55033 | | | Unknown | x | x | x | Unknown |

Sheet no. __31__ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   Unknown

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Durabla Manufacturing Company                    ,     Case No.   09-14415 (MFW)
              **Debtor**                                                          (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Simmons Browder Gianaris Angelides & Barnerd LLC 230 West Monroe Suite 2221 Chicago, Illinois 60606 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Simmons Browder Gianaris Angelides & Barnerd LLC 220 West Lockwood Avenue, Suite 202 St. Louis, Missouri 63119 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Simon & Shingler 3220 Lone Tree Way Suite 100 Antioch, CA 94509 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Simon, Eddins & Greenstone 3232 McKinney Ave., Suite 610 Dallas, TX 75204 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Simon, Eddins & Greenstone 301 East Ocean Blvd. Suite 1950 Long Beach, CA  90802 | | | | x | x | x | Unknown |

Sheet no. __32__ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ Unknown

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Durabla Manufacturing Company_____,          Case No.  09-14415 (MFW)
_____                              _____
                  **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Skeen Goldman LLP<br>11 E Lexington St<br>Baltimore, MD 21202-1718 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Stebbins & Pinkerton<br>1632 Kanawha Blvd. East<br>Charleston, WV 25311<br>PO Box 11652<br>Charleston, WV 25339 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Stephen Simon, Esquire<br>Cook, Portune & Logothetis<br>22 W. Ninth Street<br>Cincinnati, OH 45202 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Summers & Wyatt P.C.<br>The James Building<br>735 Broad Street, Suite 800<br>Chattanooga, TN 37402-2913 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Szaferman, Lakind, Blumstein, & Blader, P.C.<br>101 Grovers Mill Road<br>Lawrenceville, NJ 08648 | | | Unknown | x | x | x | Unknown |

Sheet no. 33 of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ Unknown

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Durabla Manufacturing Company                ,        Case No.    09-14415 (MFW)
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| The Keahey Law Firm One Independence Plaza, Suite 612 Birmingham, AL 35209 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| The Lanier Law Firm, P.C. 6810 FM 1960 West Houston, Texas 77069 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| The Law Offices of Paul A. Weykamp 16 Stenersen Lane, Suite 2 Hunt Valley, MD 21030 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| The Lipman Law Firm 5915 Ponce de Leon Blvd., Suite 44 Coral Gables, FL 33146 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| The O'Brien Law Firm, P.C. 815 Geyer Avenue St. Louis, Missouri 63104 | | | | x | x | x | Unknown |

Sheet no. __34__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ Unknown

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Durabla Manufacturing Company</u>,     Case No. <u>09-14415 (MFW)</u>
      **Debtor**                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Ruckdeschel Law Firm, LLC<br>5126 Dorsey Hall Drive, Suite 201<br>Ellicott City, MD 21042 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>The Tomes Law Firm<br>150 B Tices Lane<br>East Brunswick, NJ 08816 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Trine & Metcalf, P.C.<br>2919 Valmont Rd, Suite 204<br>Boulder, Colorado 80301 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.<br><br>Verizon<br>P O Box 28000<br>Lehigh Valley, PA 18002 | | | 12/13-15/09<br>Telephone Service | | | | 35.37 |

Sheet no. <u>35</u> of <u>   </u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   35.37

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Durabla Manufacturing Company</u>,     Case No. <u>09-14415 (MFW)</u>
          **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Unknown | | | | |
| Ward Black Law 208 W. Wendover Avenue Greensboro, NC 27401 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Waters & Kraus 3219 McKinney Avenue Dallas, Texas 75204 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Waters & Kraus 601 Van Ness Avenue Suite 2080 San Francisco, CA 94102 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Waters & Kraus, LLP 315 N. Chartes Street Baltimore, MD 21201 | | | | x | x | x | Unknown |
| ACCOUNT NO. | | | Unknown | | | | |
| Weitz & Luxenberg 700 Broadway New York, New York 10003 | | | | x | x | x | Unknown |

Sheet no. __36__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ Unknown

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Durabla Manufacturing Company                    ,      Case No.  09-14415 (MFW)
                      Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                                   |  |  | Unknown |  |  |  |  |
| Weitz & Luxenberg P.C. 210 Lake Drive East - Suite 101 Cherry Hill, NJ 08002 |  |  |  | x | x | x | Unknown |
| ACCOUNT NO.                                                                   |  |  | Unknown |  |  |  |  |
| Wellborn, Houston, Adkison, Mann, Sadler & Hill, LLP P. O. Box 1109 300 West Main St. Henderson, TX 75652-3109 |  |  |  | x | x | x | Unknown |
| ACCOUNT NO.                                                                   |  |  | Unknown |  |  |  |  |
| Wilentz, Goldman & Spitzer P.A. 110 William Street 26th Floor New York, NY 10038-3901 |  |  |  | x | x | x | Unknown |
| ACCOUNT NO.                                                                   |  |  | Unknown |  |  |  |  |
| Wilentz, Goldman & Spitzer P.A. 90 Woodbridge Center Drive Suite 900 Box 10 Woodbridge, NJ 07095-0958 |  |  |  | x | x | x | Unknown |
| ACCOUNT NO.                                                                   |  |  | Unknown |  |  |  |  |
| Wodka Law Office 577 Little Silver Point Road P.O. Box 66 Little Silver, NJ 07739-0066 |  |  |  | x | x | x | Unknown |

Sheet no.  37  of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ Unknown

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company                    ,        Case No.  09-14415 (MFW)
                              **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Wysoker Glassner Weingartner 340 George Street New Brunswick, NJ  08901 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO.  Zamler, Mellen & Shiffman, P.C. 23077 Greenfield Road, Suite 557 Southfield, MI 48075 | | | Unknown | x | x | x | Unknown |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __38__ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  Unknown

Total▶  $  4,535.37
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Durabla Manufacturing Company         ,          Case No.  09-14415 (MFW)
                      **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BPG Office III LLC<br>c/o BPG Real Estate Services<br>322 A Street, Suite 300<br>Wilmington, DE  19801 | Non-residential office - 298 sq. ft.<br>Suite 210, Baynard Building<br>3411 Silversdie Road, Wilmington, DE  19810<br>Base Rent - $385/mo; Term:  6/1/09-5/31/10 |
| | |
| | |
| | |
| | |

In re <u>Durabla Manufacturing Company</u> ,
       **Debtor**

Case No. <u>09-14415 (MFW)</u>
           **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re ___Durabla Manufacturing Compa___ ,  Case No. __09-14415_____
          Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                              Debtor

Date _____          Signature: _____
                                                         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ___corporation_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _December 28, 2009__          Signature: ___*[signature]*_____

                                               David W. Moser
                                               [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.